Norman L. NICHOLS, Jr., Plaintiff–Appellant,

v.

CAROLINE COUNTY BOARD OF EDUCATION, Defendant–Appellee.

No. 06–1314.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2006.

Decided: Nov. 3, 2006.

Norman L. Nichols, Jr., Appellant Pro Se. Steven Bruce Schwartzman, Hodes, Ulman, Pessin & Katz, PA, Towson, Maryland, for Appellee.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman L. Nichols, Jr., appeals the district court's orders granting the Caroline County Board of Education's Fed.R.Civ.P. 12(b)(6) motion to dismiss and denying Nichols' motion to reconsider, which the district court construed as a Fed.R.Civ.P. 59(e) motion to alter or amend, in this employment discrimination case. We have reviewed the record and find no reversible

error. Accordingly, we affirm both orders for the reasons stated by the district court. *Nichols v. Caroline Cnty. Bd. of Education,* No. 1:05–cv–02658–WDQ (D. Md. Jan. 6 and Feb. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*